**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHAFARRAH CLEMONS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-7289** |
| | : | |
| **THE FEDERAL BUREAU** | : | |
| **OF INVESTIGATION, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this **29th** day of **September, 2026,** upon consideration of Plaintiff Chafarrah Clemons's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B(i) for the reasons stated in the Court's accompanying Memorandum.

2. The Motion to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED AS MOOT**.

3. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/S/ Kai N. Scott

**KAI N. SCOTT, J.**